UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ANDERSON, an individual; L. SORENSON, an individual; B. TALLEY, an individual; and K. TALLEY, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF ENCINITAS, a municipal corporation; WOODBRIDGE PACIFIC GROUP, a California limited liability company; WPG DESERT ROSE, a Delaware limited liability company; SCRAMARK, a California limited liability company; SANTIARA, a California limited liability company; DAVID SANTISTEVAN, an individual; CIARA LAYNE-TRUJILLO, an individual; NEW POINTE INVESTMENT 37, a California limited liability company; FINANCE OF AMERICA MORTGAGE, a limited liability company; VICTOR SPAYDE, an individual; KENNETH REED, an individual; and DOES 1-100,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-cv-01701-H-BLM<br><br>**ORDER GRANTING DEFENDANT WPG DESERT ROSE'S MOTION TO SUBSTITUTE COUNSEL**<br><br>[Doc. No. 39.] |

1

On January 14, 2022, Defendant WPG Desert Rose filed a motion to substitute Louis M. Schotemeyer, Eric J. Rollins, and Ryan M. Davis of Newmeyer & Dillion LLP in place of Brad M. Dugan as counsel of record for WPG Desert Rose in this action. (Doc. No. 39.) For good cause shown, the Court grants WPG Desert Rose's motion. The Court substitutes Louis M. Schotemeyer, Eric J. Rollins, and Ryan M. Davis of Newmeyer & Dillion LLP in place of Brad M. Dugan as counsel of record for Defendant WPG Desert Rose in this action. The Court instructs the Clerk of Court to update the docket to reflect this substitution.

**IT IS SO ORDERED.**

DATED: January 18, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT